**Electronically Filed
Supreme Court
SCWC-11-0000592
06-DEC-2012
08:41 AM**

SCWC-11-0000592

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

ERWIN E. FAGARAGAN, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI, Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000592; S.P.P. NO. 11-1-0005(1);
CR. NOS. 04-1-0595(1) & 05-1-0090(1))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant Erwin E. Fagaragan's application for writ of certiorari filed on October 22, 2012, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, December 6, 2012.

| | |
|---|---|
| Erwin E. Fagaragan, pro se, on the application | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Lisa M. Itomura Diane K. Taira Deputy Attorneys General for Respondent-Appellee | /s/ Simeon R. Acoba, Jr. |
| | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |

